Commonwealth *v.* Duffy, Appellant.

OPINION PER CURIAM, October 30, 1974:

The petition for allocatur is granted. The order of the Superior Court and the judgment of sentence of the court of common pleas are reversed and a new trial is awarded. *Commonwealth v. Contakos,* 455 Pa. 136, 314 A.2d 259 (1974) ; *Commonwealth v. Diana,* 455 Pa. 267, 314 A.2d 262 (1974) ; *Commonwealth v. Jackson,* 457 Pa. 79, 319 A.2d 161 (1974). *See Wardius v. Oregon,* 412 U.S. 470 (1973).